IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | | |
|---|---|---|
| KENNETH COLBURN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 6:17-cv-00812-LSC |
| | ) | |
| NANCY BERRYHILL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OF OPINION**

On July 10, 2018, the magistrate judge to whom this case was previously assigned filed his report and recommendation, recommending that the Commissioner of Social Security's decision be affirmed. (Doc. 17.) To date, no objections have been filed by either party. This action was then reassigned to the undersigned pursuant to the Court's General Order of Referral of Civil Matters to Magistrate Judges. (Doc. 18.)

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is

1

ACCEPTED. Accordingly, the decision of the Commissioner is due to be affirmed.

A separate closing order will be entered.

**DONE** and **ORDERED** on August 13, 2018.

L. Scott Coogler
United States District Judge

160704